Jesse J. CORLEY, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2007–3324.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

Jesse J. Corley, pro se.

*ORDER*

Upon consideration of Jesse J. Corley's motion for reconsideration of the court's order dismissing his appeal for failure to file a Fed. Cir. R. 15(c) statement concerning discrimination, the statement now having been filed,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the petition is reinstated.

(2) Corley's informal brief (form enclosed) is due within 21 days of the date of filing of this order.

(1) The motion is granted.

(2) Each side shall bear its own costs.